### 14048.  BOATRIGHT *v.* THE STATE.

LUKE, J.  The evidence amply authorized the defendant's conviction, and the two special grounds of motion for a new trial excepting to extracts from the charge of the court are, when the charge is read in its entirety, wholly without merit. It was not error to overrule the motion for a new trial.

   *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
   DECIDED MARCH 6, 1923.

Accusation of carrying concealed weapon; from city court of Blackshear — Judge Mitchell. October 12, 1922.

*H. L. Causey,* for plaintiff in error.

*S. Thomas Memory, solicitor,* contra.